UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)         Criminal Case No. 13-30035-MGM<br>WILKENSON KNAGGS,       )<br>      Defendant.    ) | |

**MOTION FOR APPROVAL OF SUBPOENAS**
**REQUIRING PRODUCTION BEFORE TRIAL**

The United States of America, by and through its attorney, Carmen M. Ortiz, United States Attorney, pursuant to Fed. R. Crim. P. 17(c), moves for approval of the issuance of subpoenas for production of records in advance of the March 2, 2016, hearing on the defendant's competency to stand trial and be sentenced.

1.  The court has scheduled an evidentiary hearing for March 2, 2016, on the issue of the defendant's present and past competency to be sentenced and stand trial.

2.  The defendant has been detained at state and federal correctional facilities since approximately October 13, 2015.

3.  The government believes that recordings of the defendant's telephone conversations while incarcerated may have relevance to the issue of the defendant's competency. In the interest of efficiency, the government seeks to have the recordings produced in advance of the hearing to allow both parties time to listen to the recordings, determine their relevance to the proceedings, and take whatever additional steps may be needed to address any issues raised by the records.

4. The government seeks the Court's approval to issue subpoenas duces tecum[1] for the following entities with a return date of February 19, 2016: Franklin County House of Correction, the Federal Medical Center-Devens, and the Donald W. Wyatt Detention Facility. Each subpoena will seek the following: all recorded telephone calls made or received by Wilkenson Knaggs between October 13, 2015, and February 1, 2016, excluding recordings of any conversations between Wilkenson Knaggs and his attorneys. The government will provide copies of the recordings to defense counsel upon receipt.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: */s/ Karen Goodwin*
KAREN GOODWIN (MA 549398)
DEEPIKA B. SHUKLA (NY4584009, CT434931)
Assistant U. S. Attorneys
300 State Street, Suite 230
Springfield, MA 01105

**Certificate of Service**

Dated: February 3, 2016

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

By: */s/ Karen L. Goodwin*
KAREN L. GOODWIN
Assistant U.S. Attorney

---

[1] Federal Rule of Criminal Procedure 17(c)(1) allows a subpoena to "order the witness to produce any books, documents, data, or other objects . . . before trial or before they are to be offered in evidence."